# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

_____

**ALEXA POUNCEY,**  **JUDGMENT IN CIVIL CASE**
**Plaintiff,**

**V.**  **CASE No.2:17cv2287 cgc**

**AMERIPARK, LLC,**

**Defendant**

_____

    **DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS SO ORDERED AND ADJOURNED** in accordance with the Order of Dismissal with Prejudice, entered on March 26, 2018, this cause is dismissed. Outstanding costs of this cause are assessed against the Defendant.

**APPROVED:**

s/Charmiane G. Claxton
**CHARMIANE G. CLAXTON**
**UNITED STATES MAGISTRATE JUDGE**

                                                        s/Thomas M. Gould
Date: March 26, 2018                        **Clerk of Court**

                                                        s/Chris Sowell
                                                       **(By)Deputy Clerk**